UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                            Chapter 7

JUSTIN EDWARD ACKER,                                                            BKY No. 17-42833

    Debtor
_____

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY
_____

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist the trustee in carrying out the trustee's duties as follows: To review and represent the estate in connection with the debtor's interest in real property and any non-exempt equity; to pursue any avoidance actions; commence any adversary proceedings and if necessary conduct discovery and Rule 2004 Examination of the debtor and other parties; the turnover and/or pursuit of collection of assets; to appear in Court and defend the motion; to file any necessary objections to claims; and such other matters as may be necessary for the administration of the estate.

3. Krystal M. Lynne and J. Richard Stermer of Stermer & Sellner, Chartered, 102 Parkway Drive, P.O. Box 514, Montevideo, MN 56265, are qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses is as follows: $225.00 per hour for J. Richard Stermer, $200.00 per hour for Krystal M. Lynne, plus all out-of-pocket expenses. In addition, said compensation rates are subject to periodic adjustments.

5. Said professional has disclosed the following connections with the debtor, creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: None, except that J. Richard Stermer is the trustee in this case.

6. The trustee has made the following efforts prior to submitting this Application: The Trustee has conducted the First Meeting of Creditors, reviewed documents, prepared correspondence and made inquiries as to the matters of concern. The matter remains unresolved and legal services are necessary to accomplish resolution.

WHEREFORE, applicant prays that the Court approve such employment by the Trustee.

Dated: April 6, 2018                     /e/ J. Richard Stermer
                                                    J. Richard Stermer, Trustee
                                                    102 Parkway Drive, P.O. Box 514
                                                    Montevideo, MN 56265
                                                    Phone: (320) 269-6491

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                                          Chapter 7

JUSTIN EDWARD ACKER,                                                                  BKY No. 17-42833

        Debtor

_____

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**
_____

      I, Krystal Lynne of the law firm Stermer & Sellner, Chartered, the professional named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.
2. I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following: None, except that J. Richard Stermer is the trustee in this case.

Dated: April 6, 2018

                                                                /s/  Krystal M. Lynne
                                                Krystal M. Lynne    Attorney ID #0392816
                                                J. Richard Stermer  Attorney ID # 216811
                                                102 Parkway Drive, P.O. Box 514
                                                Montevideo, MN 56265
                                                (320) 269-6491

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Chapter 7

JUSTIN EDWARD ACKER,  BKY No. 17-42833

Debtor

---

**ORDER**

---

The trustee's application to approve the employment of Stermer & Sellner, Chartered, as the trustee's attorneys came before the court. Based on the application, the recommendation of the United States Trustee and 11 United States Code § 327,

IT IS ORDERED: The employment is approved.

Dated:

_____
Kathleen H. Sanberg
United States Bankruptcy Judge